United States Bankruptcy Court
Eastern District of New York

| | |
|---|---|
| In re: | Case No. 22-41108-nhl |
| Maria Alcantara | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 24, 2022 | Form ID: 760 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Maria Alcantara, 40-45 95th ST, Elmhurst, NY 11373-1773 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion02.br.ecf@usdoj.gov | May 24 2022 18:17:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Krista M Preuss | info@ch13edny.com  mderosa13@ecf.epiqsystems.com |
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Maria Alcantara | Social Security number or ITIN: | xxx−xx−7192 |
| | First Name   Middle Name   Last Name | EIN: _ _−_ _ _ _ _ _ _ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ EIN: _ _−_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed for chapter: | 13   5/23/22 |
| Case number: | 1−22−41108−nhl | | |

# NOTICE OF DEFICIENT FILING − CHAPTER 13

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on May 23, 2022, did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition for Individuals Filing for Bankruptcy (Official Form 101) (Signed) (Original & One Copy)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Statement About Your Social Security Numbers (Official Form 121)
- ☐ Statement Pursuant to E.D.N.Y. LBR 1073−2(b)
- ☐ Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Official Form 2010) − Part 7 of Voluntary Petition Not Signed
- ☑ Certificate of Credit Counseling *or* Motion Requesting Exemption or Waiver
- ☐ Bankruptcy Petition Preparer's Notice, Declaration and Signature (Official Form 119)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form 2800)

**DOCUMENTS DUE WITHIN FOURTEEN (14) DAYS OF FILING OF BANKRUPTCY PETITION**

- ☐ Disclosure of Compensation of Attorney for Debtor 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b) (Official Form 2030)
- ☐ Pre−petition Statement Pursuant to E.D.N.Y. LBR 2017−1
- ☑ Summary of Your Assets and Liabilities and Certain Statistical Information (Official Form 106Sum)
- ☐ **Schedule A/B (Property) (Official Form 106A/B)**
- ☐ Schedule C (The Property You Claim as Exempt) (Official Form 106C)
- ☐ **Schedule D (Creditors Who Have Claims Secured by Property) (Official Form 106D)**
- ☐ **Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)**

**[Continued on other side of page]**

| | |
|---|---|
| ☐ | Schedule G (Executory Contracts and Unexpired Leases) (Official Form 106G) |
| ☐ | Schedule H (Your Codebtors) (Official Form 106H) |
| ☑ | **Schedule I (Your Income) (Official Form 106I)** |
| ☑ | **Schedule J (Your Expenses) (Official Form 106J)** |
| ☐ | **Schedule J−2 (Expenses for Separate Household of Debtor 2) (If Applicable) (Official Form 106J−2)** |
| ☐ | Declaration About an Individual Debtor's Schedules (Official Form 106Dec) |
| ☑ | **Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)** |
| ☑ | Chapter 13 Plan (Signed by the Debtor) |
| ☑ | **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1)** |
| ☐ | **Chapter 13 Calculation of Your Disposable Income (Official Form 122C−2) Required only if Debtor(s) income is above the median** |
| ☑ | **Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number)** |

## YOUR CASE MAY BE DISMISSED IF
## YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT if the required item(s) identified above in bold print are not filed with the Court within 45 days after the date that this bankruptcy petition was filed, this bankruptcy case may be subject to automatic dismissal effective on the 46th day after the date that the bankruptcy petition was filed, without further notice or opportunity for a hearing.** This 45−day period may be extended for an additional period not to exceed 45 days, if the debtor makes a request for an exemption within the initial 45 days and the Court finds justification for extending the period for the filing. *See 11 U.S.C. § 521(i)(1).*

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within seven days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of the bankruptcy petition are not timely filed with the Court.

**FURTHER NOTICE IS GIVEN THAT** in order to receive a discharge, the debtor must complete a Personal Financial Management Course. The **Certification About a Financial Management Course (Official Form 423)** must be filed no later than the date of the last payment made under the plan or the date of the filing of a motion for a discharge under § 1328(b), unless the course provider has notified the court that the debtor has completed the course. 11 U.S.C. § 1328(g)(1) and Fed. R. Bankr. P. 1007(b)(7), (c). If the Certification About a Financial Management Course is not filed within the allotted time, **a discharge will not be issued and the case will be closed.**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

Dated: May 24, 2022

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdef13a2.jsp** [Notice of Deficient Filing Chapter 13 Individual effective 02/01/17]